

# THE THIRTEENTH COURT OF APPEALS

13-24-00201-CV

## MALOLITO INVESTMENTS, LLC, SELECT MONEY MANAGEMENT, LLC, BRUCE KAMINSKI, AND KANDI LATRECE DANIELS
v.
## NOEHMI GARCIA

On Appeal from the
96th District Court of Tarrant County, Texas
Trial Court Cause No. 096-344317-23

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the trial judgment dated December 13, 2023 VACATED, and the appeal DISMISSED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 16, 2024